THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ERNEST TRIBELHORN, Appellant.

Reported below, 171 App. Div. 952.

(Submitted November 26, 1917; decided December 4, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1916, which affirmed a judgment of the Court of Special Sessions in the City of New York convicting the defendant of the crime of keeping a disorderly house.

The motion was made upon the ground of failure of appellant to file his points and bring the appeal on for argument.

*Edward Swann, District Attorney,* for motion.
*William S. Gordon* opposed.

Motion denied.